IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-32-FL

| | |
|---|---|
| BELINDA F. VIRGIL,<br>Plaintiff | )<br>)<br>) |
| v. | ) ORDER OF DISMISSAL<br>) PURSUANT TO |
| MICHAEL ASTRUE,<br>Commissioner of Social Security,<br>Defendant | ) FED. R. CIV. P. 41(a)(2)<br>)<br>) |

Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed without prejudice.

This the 6th day of July, 2010.

United States District Court Judge